# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN HUGH GREER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:16-cv-0042- JLT<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 16) |

On August 12, 2016, the parties filed a stipulation for a 21-day extension of time for Defendant to expunge pages from the administrative record and to file a modified electronic administrative record related to Plaintiff's application for Social Security benefits. (Doc. 16)  Notably, the Scheduling Order permits a single extension by the stipulation of parties (Doc. 10 at 4), and this is the first extension requested by either party.  Pursuant to the terms of the stipulation, the Court **ORDERS**:

1.　Defendant's request for an extension of time is **GRANTED**; and

2.　Defendant **SHALL** file the administrative record no later than **August 31, 2016**.

IT IS SO ORDERED.

Dated: **August 17, 2016**　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1